**HONORABLE FRANKLIN D. BURGESS**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR04-05529FDB-001 |
| vs. | |
| GLEN EARL SIMS, | **STIPULATED ORDER TO CONTINUE SENTENCING** |
| Defendant. | **CLERK'S ACTION REQUIRED** |

The Court has considered the motion filed by the parties concerning a continuance of the sentencing hearing in this case:

The Court finds that continuing the sentencing in this case is necessary in order to allow defense counsel adequate time to meet with the defendant, explore the allegation of ineffective assistance of counsel, and effectively prepare for sentencing.

The Court further find that the ends of justice are served by continuing the sentencing hearing in this case until August 19, 2005 at 11:00 a.m., affords Mr. Sims effective assistance of counsel.

**The Law Office of**
**Wecker Hunko Bougher**

569 Division Street * Suite E
Port Orchard, Washington 98366
360/876-1001 * FAX 360/895-1932
1/888/485-6454

1     IT IS THEREFORE ORDERED that the sentencing hearing in this case shall be continued until August 19, 2005 at 11:00 a.m.

DONE this 30th day of June, 2005.

          /s/ Franklin D Burgess
          FRANKLIN D. BURGESS
          United States District Judge

Presented by:

s/Roger A. Hunko
ROGER A. HUNKO
Attorney for defendant
569 Division Street, Suite E
Port Orchard, WA 98366
Phone: (360) 876-1001
Fax: (360) 895-1932
E-mail: hunko@msn.com

Approved by:

s/Gregory A. Gruber, /per telephonic approval
GREGORY A. GRUBER
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402-4305
Telephone: (253) 428-3808
E-mail: Gregory.A.Gruber@usdoj.gov

**The Law Office of
Wecker Hunko Bougher**

569 Division Street * Suite E
Port Orchard, Washington 98366
360/876-1001 * FAX 360/895-1932
1/888/485-6454