**HONORABLE FRANKLIN D. BURGESS**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. CR04-05529FDB |
| vs. | ) | |
| GLEN EARL SIMS, | ) | **STIPULATED ORDER** |
| | ) | **TO CONTINUE SENTENCING** |
| Defendant. | ) | **CLERK'S ACTION REQUIRED** |

The Court has considered the motion filed by the parties concerning a continuance of the sentencing hearing in this case:

The Court finds that continuing the sentencing in this case is necessary in order to allow defense counsel adequate time to meet with the defendant, explore the allegation of ineffective assistance of counsel, and effectively prepare for sentencing.

The Court further find that the ends of justice are served by continuing the sentencing hearing in this case until October 28, 2005, affords Mr. Sims effective assistance of counsel.

**The Law Office of**
**Wecker Hunko Bougher**

569 Division Street * Suite E
Port Orchard, Washington 98366
360/876-1001 * FAX 360/895-1932
1/888/485-6454

IT IS THEREFORE ORDERED that the sentencing hearing in this case shall be continued until October 28, 2005.

DONE this 29th day of August, 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/Roger A. Hunko
ROGER A. HUNKO
Attorney for defendant
569 Division Street, Suite E
Port Orchard, WA 98366
Phone: (360) 876-1001
Fax: (360) 895-1932
E-mail: hunko@msn.com

Approved by:

s/Claire Bradley, /per telephonic approval
Claire Bradley

**The Law Office of
Wecker Hunko Bougher**

569 Division Street * Suite E
Port Orchard, Washington 98366
360/876-1001 * FAX 360/895-1932
1/888/485-6454

1 United States Attorney's Office

2 1201 Pacific Avenue, Suite 700

3 Tacoma, Washington 98402-4305

4 Telephone: (253) 428-3808

5 E-mail: cabradle@co.kitsap.us

6

7

8

9 CERTIFICATE OF SERVICE

10

11

12 　　　I hereby certify that on August 25, 2005, I electronically filed the foregoing with the Clerk of Court using the

13 CM/ECF system which will send notification of such filing to the attorney(s) of record for the United States.  I hereby

14 certify that I have served the attorney(s) of record for the United States that are no CM/ECF participants via telefax.

15

16 　　　　　　　　　　　　　　s/Alice S. Davis

17 　　　　　　　　　　　　　　Legal Assistant

18 　　　　　　　　　　　　　　The Law Office of Roger A. Hunko

19 　　　　　　　　　　　　　　569 Division Street, Suite E

20 　　　　　　　　　　　　　　Port Orchard, WA 98366

21 　　　　　　　　　　　　　　Phone: (360) 876-1001

22 　　　　　　　　　　　　　　Fax: (360) 895-1932

23 　　　　　　　　　　　　　　E-mail:yokohama825@wavecable.com

24

25

26 **The Law Office of**
27 **Wecker Hunko Bougher**

28 569 Division Street * Suite E
Port Orchard, Washington 98366
360/876-1001 * FAX 360/895-1932
1/888/485-6454